UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ANDY BROWN, in his official capacity as Travis County Judge, et al,<br>*Plaintiffs*<br><br>v.<br><br>KEN PAXTON, in his official capacity as Texas Attorney General, and JANE NELSON, in her official capacity as Texas Secretary of State,<br>*Defendants* | §§§§§§§§§§§§ Case No. 1:24-cv-01095-DII |

### O R D E R

Plaintiffs filed their Complaint on September 17, 2024. Dkt. 1. Defendants filed a Motion to Dismiss on November 21, 2024. Dkt. 14. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **February 12, 2025**.

**SIGNED** on January 29, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE