UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Andy Brown, in his official capacity as Travis County Judge; Bruce Elfant, in his official capacity as Travis County Tax Assessor-Collector and Voter Registrar; Jeff Travillion, in his official capacity as Travis County Commissioner; Brigid Shea, in her official capacity as Travis County Commissioner; Ann Howard, in her official capacity as Travis County Commissioner; Margaret Gomez, in her official capacity as Travis County Commissioner;<br>      *Plaintiffs*,<br><br>v.<br><br>Ken Paxton, in his official capacity as Texas Attorney General; Jane Nelson, in her official capacity as Texas Secretary of State;<br>      *Defendants*. | Case No. 1:24-CV-01095-ADA |

**ORDER**

**IT IS HEREBY ORDERED** that this action is set for a hearing on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and Application for Injunctive Relief (Dkt. 14) **via Zoom at 3:30 PM on March 10, 2025**.

**SIGNED** on March 6, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE